IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDELL KELLAM a.k.a. | : | |
| LESTER COKE, | : | |
|    Plaintiff | : | |
| | : | No. 1:22-cv-01694 |
| v. | : | |
| | : | (Judge Rambo) |
| LORI HESS, *et al.*, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 20th day of March 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The December 8, 2022 Administrative Order (Doc. No. 7) dismissing this case without prejudice for failure to pay the filing fee or to file an application for leave to proceed *in forma pauperis* is **VACATED** in light of Kellam's payment of the full $402 filing fee.

2. Kellam's complaint (Doc. No. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Kellam may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. If no amended complaint is timely filed, this case will be closed.

                                                      s/ Sylvia H. Rambo
                                                      United States District Judge