# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYDELL KELLAM a.k.a.** : | |
| **LESTER COKE,** : | |
|    Plaintiff : | |
| : | No. 1:22-cv-01694 |
| v. : | |
| : | (Judge Rambo) |
| **LORI HESS,** *et al.*, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 24th day of April 2023, upon consideration of this Court's March 20, 2023 Memorandum Opinion (Doc. No. 11) and Order (Doc. No. 12), which dismissed Plaintiff's complaint but granted leave to amend by <u>April 10, 2023</u>, and the Court observing that—to date—no amended complaint or any other communication has been filed by Plaintiff, **IT IS ORDERED THAT** the Clerk of Court is directed to CLOSE this case.

s/ Sylvia H. Rambo
United States District Judge